FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT ROCHELL DUNCAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, *the sole proper defendant under the FTCA, and is legally responsible for acts and omissions of its employees and agents acting within the scope of their employment*,<br><br>Defendant. | NO: 2:25-cv-00066-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is a stipulated dismissal submitted by the parties. ECF No. 37. The parties agree to dismiss all claims against the United States with prejudice and without costs or attorney fees as to any party. The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice and without additional fees or costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order, issue Judgment, and furnish copies to counsel.

**DATED** October 16, 2026.

REBECCA L. PENNELL
United States District Judge