AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 16, 2026
SEAN F. MCAVOY, CLERK

SCOTT ROCHELL DUNCAN,
*Plaintiff*
v.
UNITED STATES OF AMERICA,
the sole proper defendant under the FTCA, and is legally responsible for acts and omissions of its employees and agents acting within the scope of their employment,
*Defendant*

Civil Action No. 2:25-cv-00066-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Pursuant to Rule 41(a) and the parties' stipulation, this action is DISMISSED with prejudice and without additional fees or costs.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 10/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*